

U.S. Department of Justice

United States Attorney
Eastern District of New York

BLW/MG/RSB
F. #2021R00629

271 Cadman Plaza East
Brooklyn, New York 11201

February 10, 2026

<u>By Email and ECF</u>

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Jiahui Miao
                   <u>Docket No. 22-CR-458 (LDH)</u>

Dear Judge DeArcy Hall:

        The defendant Jiahui Miao was sentenced on January 30, 2026 in the above-captioned matter. The government respectfully requests the Court enter the attached proposed restitution order and Exhibit A to the restitution order. The defendant consents to this restitution amount of $17,778,222.05.

        The government respectfully requests permission to file Exhibit A to the restitution order under seal because it contains sensitive information relating to victims. <u>See United States v. Amodeo</u>, 71 F.3d 1044, 1050-52 (2d Cir. 1995) (privacy interests of third parties may be compelling reason justifying sealing).

                                   Respectfully submitted,

                                   JOSEPH NOCELLA, JR.
                                   United States Attorney

               By:    /s/_____
                          Benjamin L. Weintraub
                          Miranda Gonzalez
                          Raffaela S. Belizaire
                          Assistant U.S. Attorneys
                          (718) 254-7000

cc:    Clerk of Court (LDH)
       James Kousouros, Esq. (defense counsel) (without enclosure)